IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>International Union of Police Associations,<br><br>　　　　　Defendant. | No. CV-23-01668-PHX-SMM<br><br>**ORDER** |

　　　　This matter is before the Court on Plaintiff's Motion to Allow Electronic Filing. (Doc. 6). "A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities." Office of the Clerk, United States District Court for the District of Arizona, Electronic Case Filing Administrative Policies and Procedures Manual, § II(B)(3) (Oct. 2020). Plaintiff avers he can comply with electronic filing requirements. Accordingly,

　　　　**IT IS ORDERED granting** Plaintiff's Motion to Allow Electronic Filing. (Doc. 6).

　　　　**IT IS FURTHER ORDERED** that Plaintiff shall read and comply with all rules in the District of Arizona's Case Management/Electronic Case Filing (CM/ECF) Administrative Policies and Procedures Manual; have access to the required equipment and software; have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case-related transmissions; be able to electronically transmit documents to the court in PDF format; complete the forms to register as a user with the

Clerk's Office within **five (5) days** of the date of this order if Plaintiff has not already done so; register as a subscriber to PACER (Public Access to Electronic Records) within **five (5) days** of the date of this order if Plaintiff has not already done so; and comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002.

Any misuse of the CM/ECF system will result in immediate discontinuation of this privilege and disabling of any password assigned to Plaintiff.

Dated this 22nd day of August, 2023.

_____
Honorable Stephen M. McNamee
Senior United States District Judge