Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>International Union of Police Associations *et al*.<br><br>　　　　Defendant | Case No.: 2:23-cv-1668-PHX-SMM<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

　　　　With Defendants the **International Union of Police Associations** neither having answered nor filed a motion to dismiss or for summary judgment, Plaintiff Jason Crews, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the action **with prejudice**, with each party to bear its own costs, attorney's fees, and all other fees.  See e.g. Bailey v. Shell Western E&P, Inc., 609 F.3d 710, 719 (5th Cir. 2010) (holding the plaintiff has the "absolute right" to a Rule 41(a)(1) dismissal, which right "may not be extinguished or circumscribed by adversary our court") (internal quotation marks and citations omitted).

Dated this October 13, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　/s/*Jason Crews*
　　　　　　　　　　　　　　　　　　　　　　　　Jason Crews

1

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were served this same date via email to Daniel Treuden at djtreuden@bernhoftlaw.com.


By:             /s/*Jason Crews*
         _____
           Jason Crews