IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>International Union of Police Associations,<br><br>　　　　　Defendant. | No. CV-23-01668-PHX-SMM<br><br>**ORDER** |

　　　This matter is before the Court on the Notice of Voluntary Dismissal with Prejudice (Doc. 8), filed by Plaintiff on October 13, 2023. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice.

　　　Accordingly,

　　　**IT IS ORDERED directing** the Clerk of Court to terminate this action in its entirety.

　　　Dated this 17th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge